1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com
8
   [Proposed] Lead Counsel for Plaintiffs
9
   [Additional counsel appear on signature page.]
10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13
   RALPH D. WILDER, Derivatively on Behalf  )   No. C-07-1500-CW
14 of SONIC SOLUTIONS,                       )
                                             )
15                          Plaintiff,       )   DECLARATION OF JOHN K. GRANT IN
                                             )   SUPPORT OF MOTION TO
16       vs.                                 )   CONSOLIDATE ACTIONS AND TO
                                             )   APPOINT SAMMY K. DOOLITTLE AND
17 ROBERT J. DORIS, et al.,                  )   RALPH D. WILDER LEAD PLAINTIFFS
                                             )   AND APPOINT LERACH COUGHLIN
18                          Defendants,      )   STOIA GELLER RUDMAN & ROBBINS
                                             )   LLP LEAD COUNSEL
19       – and –                             )
                                             )   DATE:        August 2, 2007
20 SONIC SOLUTIONS, a California             )   TIME:        2:00 p.m.
   corporation,                              )   COURTROOM:   The Honorable
21                                           )                Claudia Wilken
                        Nominal Defendant.   )
22 _____)

23
   [Caption continued on following page.]
24

25

26

27

28

1

2

ANDREW WALTER, Derivatively on Behalf )    Case No. C-07-02344-CW
of Nominal Defendant SONIC SOLUTIONS, )

                        )

3                 Plaintiff,       )

                        )

4       vs.                  )

ROBERT J. DORIS, et al.,           )

5                         )

              Defendants,     )

6       – and –             )

7 SONIC SOLUTIONS,          )

                        )

8            Nominal Defendant.    )

9                         )

JAMES FORSETH, Derivatively on Behalf of )    Case No. C-07-03178-CW

10 Nominal Defendant SONIC SOLUTIONS, )

                        )

11                Plaintiff,       )

                        )

12       vs.                  )

ROBERT J. DORIS, et al.,           )

13                         )

              Defendants,     )

14       – and –             )

15 SONIC SOLUTIONS,          )

                        )

16           Nominal Defendant.    )

17                         )

SAMMY K. DOOLITTLE, Derivatively on )    Case No. C-07-03361-BZ

18 Behalf of SONIC SOLUTIONS, )

                        )

19                Plaintiff,       )

                        )

20       vs.                  )

ROBERT J. DORIS, et al.,           )

21                         )

              Defendants,     )

22       – and –             )

23 SONIC SOLUTIONS,          )

                        )

24           Nominal Defendant.    )

25                         )

26

27

28

1    I, JOHN K. GRANT, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3  California.  I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins

4  LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I submit this declaration

5  in support of the Motion to Consolidate Actions and to Appoint Sammy K. Doolittle and Ralph D.

6  Wilder Lead Plaintiffs and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead

7  Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and

8  would competently testify thereto.

9

10    2.    Attached are true and correct copies of the following exhibits:

11  Exhibit 1:    Kevin Allison & Richard Waters, *Unhappy Valley: Why a High-Tech Hub is Accused of Taking the Easy Option*, Fin. Times, July 28, 2006;

12  

13  Exhibit 2:    Charles Forelle & James Bandler, *Matter of Timing: Five More Companies Show Questionable Options Pattern*, Wall St. J., May 22, 2006;

14  Exhibit 3:    Harvey Pitt, *Lessons of the Stock Options Scandal*, Fin. Times, June 2, 2006;

15  Exhibit 4:    Kudlow & Company, *Interview with President Bush*, Real Clear Politics, May 5, 2006;

16  

17  Exhibit 5:    Lerach Coughlin Stoia Geller Rudman & Robbins LLP firm resume;

18  Exhibit 6:    *Sprint Settlement Includes Groundbreaking Changes for Independent Directors*, 19 Andrews Corp. Officers & Directors Liab. Litig. Rep. 7 (Apr. 7, 2003);

19  

20  Exhibit 7:    Bruce Schreiner, *Ashland Agrees to Corporate Governance Changes to Settle Shareholder Lawsuit*, Associated Press, Jan. 28, 2005;

21  Exhibit 8:    Press Release entitled "E*TRADE Group, Inc. Announces Intent to Add New Board Member and Memorandum of Understanding to Resolve Shareholder Derivative Suit," dated May 23, 2002; and

22  

23

24

25

26

27

28

GRANT DECL IN SUPP OF MTN TO CONSOL ACTIONS & APPT DOOLITTLE & WILDER LEAD
PLTFS & APPT LERACH COUGHLIN LEAD COUNSEL - C-07-1500-CW            - 1 -

1      Exhibit 9:      Edward Iwata, *Shareholders Win in Hanover Settlement*, USA Today,
            May 14, 2003.

2
        I declare under penalty of perjury under the laws of the United States of America that the

3
foregoing is true and correct.  Executed this 3rd day of July, 2007, at San Francisco, California.

4

5

6                                                      /s/
                                              JOHN K. GRANT

7    T:\CasesSF\Sonic Solutions\DEC00043300.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRANT DECL IN SUPP OF MTN TO CONSOL ACTIONS & APPT DOOLITTLE & WILDER LEAD
PLTFS & APPT LERACH COUGHLIN LEAD COUNSEL - C-07-1500-CW                              - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2007.

_____/s/_____

JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:johng@lerachlaw.com

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.cc

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert B. Weiser**
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087