UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                      Plaintiff,<br><br>   vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                      Defendants,<br><br>   – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                      Nominal Defendant. | No. C-07-1500-CW<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT SAMMY K. DOOLITTLE AND RALPH D. WILDER LEAD PLAINTIFFS AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>                 Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                 Defendants,<br>  – and –<br>SONIC SOLUTIONS,<br><br>                 Nominal Defendant. | Case No. C-07-02344-CW |
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>                 Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                 Defendants,<br>  – and –<br>SONIC SOLUTIONS,<br><br>                 Nominal Defendant. | Case No. C-07-03178-CW |
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                 Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                 Defendants,<br>  – and –<br>SONIC SOLUTIONS,<br><br>                 Nominal Defendant. | Case No. C-07-03361-BZ |

Plaintiffs Sammy K. Doolittle and Ralph D. Wilder's Motion to Consolidate Actions and to Appoint Sammy K. Doolittle and Ralph D. Wilder Lead Plaintiffs and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel (the "Motion") came on for hearing in the ordinary course. Having considered the papers submitted in support of and in opposition to the Motion, the argument of counsel, if any, and for good cause shown, the Court ORDERS that the Motion is GRANTED as follows:

## I.   CONSOLIDATION

1. All shareholders' derivative actions on behalf of nominal defendant Sonic Solutions ("Sonic" or the "Company") filed in the Northern District of California that involve questions of law or fact similar to those contained in the above-captioned actions are consolidated for all purposes under the following caption (the "Consolidated Action"):

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONIC SOLUTIONS SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. 4:07-cv-01500-CW |

2. These actions include, but are not limited to:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Wilder v. Doris, et al.* | 4:07-cv-01500-CW | March 15, 2007 |
| *Walter v. Doris, et al.* | 4:07-cv-02344-CW | April 30, 2007 |
| *Forseth v. Doris, et al.* | 3:07-cv-03178-JL | June 15, 2007 |
| *Doolittle v. Doris, et al.* | 3:07-cv-03361-BZ | June 26, 2007 |

## II.   PENDING, SUBSEQUENTLY FILED AND TRANSFERRED RELATED ACTIONS

3. Each and every shareholder derivative action filed in, or transferred to, the Northern District of California that involves questions of law or fact similar to those contained in the

1  Consolidated Action shall constitute a case related to the Consolidated Action ("Related Action" or
2  the "Related Actions").

3      4.    Each Related Action shall be governed by the terms of this Order and shall be
4  consolidated for all purposes with the Consolidated Action. Upon the filing of a Related Action,
5  defendants' counsel shall mail a copy of this Order to counsel for the plaintiff in each Related
6  Action.

7      5.    A party to any Related Action may, for good cause shown, move for relief from the
8  terms of this Order only if such motion is filed with the Court and served upon lead counsel as set
9  forth herein and upon counsel for defendants within 21 days of the mailing of this Order to counsel
10 for such party. Any party herein may oppose such a motion.

11 **III.  PREVIOUSLY FILED PAPERS**

12     6.    All papers previously filed and served to date, if any, in the cases consolidated herein
13 are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

14 **IV.  FILING OF THE ORDER**

15     7.    This Order shall be filed in the file of *Wilder v. Doris, et al.*, No. 4:07-cv-01500-CW
16 (the "*Wilder* Action"), and the entry of the Order shall be docketed in each of the consolidated
17 actions. All papers filed by plaintiffs and defendants under the above-consolidated caption shall be
18 filed only in the *Wilder* action.

19 **V.  APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

20     8.    Plaintiffs Sammy K. Doolittle and Ralph D. Wilder shall be appointed lead plaintiffs.
21     9.    Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed lead
22 counsel.

23     10.    Lead counsel shall have the following responsibilities and duties:

24     (a)    to brief and argue motions and file appropriate papers in response to
25 proceedings initiated by other parties;

26     (b)    to initiate and conduct discovery proceedings including, but not limited to, the
27 preparation of discovery materials and discussions or negotiations with counsel for defendants;

28

    (c)  to direct and coordinate the examination of witnesses in depositions and oral interrogatories;

    (d)  to speak for plaintiffs at pre-trial conferences;

    (e)  to conduct settlement negotiations on behalf of plaintiffs;

    (f)  to delegate responsibilities for specific tasks to other plaintiffs' counsel in manner to assure that pretrial preparation for plaintiffs is conducted effectively, efficiently and economically;

    (g)  to coordinate the use and retention of experts and consult with experts; and

    (h)  to perform such other duties as may be expressly authorized or required by further order of the Court.

**VI. CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE**

  11. Lead plaintiffs shall file and serve a Consolidated Complaint within 45 days after the date of the entry of this Order.

  12. Defendants shall file and serve their Answer or other response to the Consolidated Complaint within 45 days after the date of the filing of the Consolidated Complaint.

  13. Should defendants, or any of them, file a Motion to Dismiss the Consolidated Complaint, lead plaintiffs shall file and serve their Opposition(s) to such motion(s) within 45 days after the date of the filing of defendant(s)' Motion(s) to Dismiss.

  14. Defendants shall file and serve their Reply briefs within 30 days after date of the filing of Lead Plaintiffs' Opposition(s) to the Motion(s) to Dismiss.

  IT IS SO ORDERED.

DATED: _____    _____
                         THE HONORABLE CLAUDIA WILKEN
                         UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: July 3, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


              /s/
         JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Sonic Solutions\ORD00043301.doc

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.cc

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.cor

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```