Exhibit B

1

**THE HONORABLE ROBERT S. LASNIK**

2

3

4

5

**06-CV-00794-BCST**

6

7

8                    UNITED STATES DISTRICT COURT

9                 WESTERN DISTRICT OF WASHINGTON

10                              AT SEATTLE

11

| | |
|---|---|
| 12 GLENN HUTTON, Derivatively on Behalf of ) <br> Nominal Defendant F5 NETWORKS, INC., ) | **Case No. C06-0794RSL** |
| 13                         Plaintiff, ) | **STIPULATION AND [~~PROPOSED~~]** <br> **ORDER CONSOLIDATING CASES FOR** |
| 14         vs.                         ) | **ALL PURPOSES, APPOINTING LEAD** <br> **PLAINTIFF AND LEAD COUNSEL, AND** |
| 15 JOHN McADAM, et al.,                ) | **SETTING SCHEDULE FOR FILING OF** <br> **CONSOLIDATED COMPLAINT** |
| 16                        Defendants, ) | |
| 17         – and –                     ) | |
| 18 F5 NETWORKS, INC.,                  ) | |
| 19               Nominal Defendant.    ) | |

20

[Caption continued on following page]

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | | |
|---|---|---|
| 1 | LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING | ) **Case No. C06-1057RSL** |
| 2 | ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY | ) |
| 3 | RETIREMENT TRUST, Derivatively on Behalf of F5 NETWORKS, INC., | ) |
| 4 | | ) |
| | Plaintiff, | ) |
| 5 | | ) |
| | vs. | ) |
| 6 | | ) |
| | JOHN McADAM, et al., | ) |
| 7 | | ) |
| | Defendants, | ) |
| 8 | | ) |
| | – and – | ) |
| 9 | | ) |
| | F5 NETWORKS, INC., a Washington | ) |
| 10 | corporation, | ) |
| 11 | Nominal Defendant. | ) |
| 12 | ALLEN EASTON, Derivatively On Behalf of | ) **Case No. C06-1145RSL** |
| | F5 NETWORKS, INC., | ) |
| 13 | | ) |
| | Plaintiff, | ) |
| 14 | | ) |
| | vs. | ) |
| 15 | | ) |
| | JOHN McADAM, et al., | ) |
| 16 | | ) |
| | Defendants, | ) |
| 17 | | ) |
| | – and – | ) |
| 18 | | ) |
| | F5 NETWORKS, INC., a Washington | ) |
| 19 | corporation, | ) |
| 20 | Nominal Defendant. | ) |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800

1    WHEREAS, there are three related shareholder derivative actions on behalf of Nominal

2  Defendant F5 Networks, Inc. ("F5") pending in this District:

3

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 06/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et. al.* | C06-1057RSL | 07/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 08/14/06[1] |

8    WHEREAS, no party opposes F5's Motion to Consolidate [dkt. 4 in Case No. 06-

9  0794RSL; dkt. nos. 14 and 25 in Case No. 06-1057RSL; dkt. no. 6 in Case No. 1145RSL] the above-

10  captioned cases;

11    WHEREAS, the three F5 related shareholder derivative actions arise out of the same

12  transactions and occurrences and involve the same or substantially similar issues of law and fact,

13  and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

14    WHEREAS, Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-

15  Employers Construction Industry Retirement Trust Motion to Appoint Lead Plaintiff and Lead

16  Counsel [dkt nos. 10 and 29 in Case No. 06-0794RSL; dkt. no. 4 in Case No. 06-1057RSL; dkt. no.

17  6 in Case No. 1145RSL] is unopposed;[2]

18    WHEREAS, counsel for plaintiffs and defendants have met and conferred and have agreed

19  to a schedule for filing a Consolidated Complaint and request a status conference to discuss a

20  schedule for briefing motions directed at the Consolidated Complaint; and

21

22

23  [1] At one time, there was a total of six F5 related shareholder derivative actions pending in this District. *Wright v. McAdams, et al.* (Case No. C06-872RSL) and *Adams v. Amdahl, et al.* (Case No. C06-873RSL) were remanded on

24  September 12, 2006. [dkt. no. 22 in Case No. C06-872RSL; dkt no. 34 in Case No. C06-873RSL] Defendants have agreed to stipulate to remanding *Sommer v. McAdam et al.* (Case No. C06-1229RSL), and the parties will be filing a

25  joint stipulation shortly.

26  [2] F5 and the individual defendants take no position regarding the appointment of lead plaintiff and lead counsel.

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper us llp
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800

1    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

2  efficiency, and will not cause prejudice to any party.

3    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

4  their respective counsel of record, as follows:

5  **I.    CONSOLIDATION OF ACTIONS**

6    1.    The following actions are hereby consolidated for all purposes, including pretrial

7  proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 6/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et al.* | C06-1057RSL | 7/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 8/14/06 |

12

13    2.    The caption of these consolidated actions shall be *"In re F5 Networks, Inc. Derivative

14  Litigation"* and the files of these consolidated actions shall be maintained in one file under Master

15  File No. C06-0794RSL.  Any other actions now pending (except *Sommer v. McAdam et al.*) or later

16  filed in or removed or transferred to this Court which arise out of or are related to the same facts as

17  alleged in the above-identified cases shall be consolidated, except for good cause shown, for all

18  purposes, if and when they are brought to the Court's attention.

19    3.    Every pleading filed in the consolidated actions, or in any separate action included

20  herein, shall bear the following caption:

21                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
22                     AT SEATTLE

23  In re F5 NETWORKS, INC. DERIVATIVE    )    Master File No.  C06-0794RSL
    LITIGATION                           )
24  _____  )
                                         )
25  _____  )
                                         )
26                                       )

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 2
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800

1     4.    A Master Docket and a Master File hereby are established for the above consolidated

2  proceedings and for all other related cases filed in or removed or transferred to this Court. This

3  Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing

4  or removal or transfer of any case which properly might be consolidated as part of *In re F5*

5  *Networks, Inc. Derivative Litigation.*

6  **II.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF
     COUNSEL**

7

8     5.    Locals 302 and 612 of the International Union of Operating Engineers-Employers

9  Construction Industry Retirement Trust is appointed Lead Plaintiff;

10     6.    Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Plaintiff

    Counsel.

11

12  **III.   SCHEDULE FOR CONSOLIDATED COMPLAINT**

     7.    Lead Plaintiff shall file and serve a Consolidated Complaint within 45 days after the

13  date of entry of this Order.

14     8.    Defendants need not respond to any of the pre-existing complaints. Service, pursuant

15  to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the

16  defendants, or their counsel if service has been waived, shall constitute sufficient service on that

17  defendant. Service shall be effected with respect to any defendant named in the consolidated action

18  by serving the Consolidated Complaint on that defendant's counsel.

19  **IV.   STATUS CONFERENCE**

20     9.    The Court shall schedule a status conference as soon as practicable after the

21  Consolidated Complaint is served and filed to discuss a schedule for briefing motions directed at the

22  Consolidated Complaint.

23     **IT IS SO STIPULATED.**

24

25

26

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800

1 | DATED:  September 29, 2006

            LERACH COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP

2

            s/ Benny C. Goodman III

3

            BENNY C. GOODMAN III

4

              (Admitted Pro Hac Vice)
            TRAVIS E. DOWNS III

5

            THOMAS G. WILHELM
            655 West Broadway, Suite 1900

6

            San Diego, CA  92101-3301
            Telephone:    (619) 231-1058

7

            Facsimile:     (619) 231-7423
            Email: travisd@lerachlaw.com

8

            Email: bennyg@lerachlaw.com

9

            LERACH COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP

10

            TAMARA J. DRISCOLL, WSBA NO. 29212
            1700 Seventh Avenue, Suite 2260

11

            Seattle, WA  98101
            Telephone:    (206) 749-5544

12

            Facsimile:     (206) 749-9978
            E-mail: tdriscoll@lerachlaw.com

13

            Attorneys for Locals 302 and 612 of the

14

            International Union of Operating Engineers-
            Employers Construction Industry Retirement Trust

15 | DATED:  September 29, 2006

            FEDERMAN & SHERWOOD

16

            s/ William B. Federman

17

            WILLIAM B. FEDERMAN

18

              (Admitted Pro Hac Vice)
            STUART W. EMMON

19

            10205 N. Pennsylvania
            Oklahoma City, OK  73120

20

            Telephone:    (405) 235-1560
            Facsimile:     (405) 239-2112

21

            E-mail: wfederman@aol.com
            E-mail: swe@federmanlaw.com

22

            EMERSON POYNTER LLP

23

            JOHN G. EMERSON, WSBA NO. 30956
            16763 Maplewild Avenue S.W.

24

            Seattle, WA  98166
            Telephone:    (206) 241-2875

25

            Facsimile:     (206) 241-1744
            E-mail: john@emersonpoynter.com

26

            Attorneys for Plaintiff Glenn Hutton

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 4
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DATED:  September 29, 2006                     MULFINGER LAW GROUP, PLLC

                                               s/Kirk Mulfinger
                                               ——————————————————————
                                               KIRK MULFINGER, WSBA NO. 27130
                                               13555 Bel-Red Road, Suite 111A
                                               Bellevue, WA 98005
                                               Telephone:    (425) 283-4155
                                               Facsimile:    (425) 283-4156
                                               E-Mail: Kirk@purchaselaw.com

                                               DYER & SHUMAN, LLP
                                               KIP B. SHUMAN
                                               JEFFREY A. BERENS
                                               801 East 17th Avenue
                                               Denver, CO 80219
                                               Telephone:    (303) 861-3003
                                               Facsimile:    (303) 830-6920
                                               Email:  kshuman@dyershuman.com

                                               Attorneys for Plaintiff Allen Easton

DATED:  September 29, 2006                     DLA PIPER US LLP

                                               s/ Christopher M. Huck
                                               ——————————————————————
                                               STELLMAN KEEHNEL, WSBA NO. 9309
                                               BRIAN D. BUCKLEY, WSBA NO. 26423
                                               JEFFREY B. COOPERSMITH, WSBA NO. 30954
                                               CHRISTOPHER M. HUCK, WSBA NO. 34104

                                               701 Fifth Avenue, Suite 7000
                                               Seattle, WA  98104-7044
                                               Telephone:    (206) 839-4800
                                               Facsimile:    (206) 839-4801
                                               E-mail: stellman.keehnel@dlapiper.com
                                               E-mail: brian.buckley@dlapiper.com
                                               E-mail: jeff.coopersmith@dlapiper.com
                                               E-mail: christopher.huck@dlapiper.com

                                               Attorneys for Nominal Defendant F5 Networks, Inc.

STIPULATION AND PROPOSED ORDER                          DLA Piper US LLP
RE: CONSOLIDATION -- 5                              701 Fifth Avenue, Suite 7000
Case Nos. C06-0794RSL, C06-1057RSL,            Seattle, WA  98104-7044 • Tel: 206-839-4800
C06-1145RSL (Master File No. 06-0794RSL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED:  September 29, 2006

HELLER EHRMAN LLP

s/ Lori Lynn Phillips

GEORGE E. GREER, WSBA NO. 11050
LORI LYNN PHILLIPS, WSBA NO. 25473
KELLY B. FENNERTY, WSBA NO. 36916

6100 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
Telephone:     (206) 447-0900
Facsimile:     (206) 447-0849
E-mail: george.greer@hellerehrman.com
E-mail: lori.phillips@hellerehrman.com
E-mail: Kelly.fennerty@hellerehrman.com

Attorneys for Defendant John McAdam, Edward
Eames, Carlton Amdahl, Jeffrey Hussey, Tom Hull,
Kenny Frerichs, Andy Reinland, John Rodriquez,
and Joann Reiter

DATED:  September 29, 2006

MCNAUL, EBEL, NAWROT & HELGREN PLLC

s/ Gregory Hollon

ROBERT M. SULKIN, WSBA NO. 26311
GREGORY J. HOLLON, WSBA NO. 14425
600 University Street, Ste. 2700
Seattle, WA 98101-3143
Telephone:     (206) 467-1816
Facsimile:     (206) 624-5128
E-mail: rsulkin@mcnaul.com
E-mail: ghollon@mcnaul.com

Attorneys for Defendants Jeff Pancottine, Steven
Coburn and Steven Goldman

DATED:  September 29, 2006

PRESTON GATES ELLIS LLP

s/ Philip Guess

HUGH BANGASSER, WSBA NO. 03055
PHILIP GUESS, WSBA NO. 26765
RICHARD A. KIRBY
  (Admitted Pro Hac Vice)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone:     (206) 623-7580
Facsimile:     (206) 623-7022
E-mail: hughb@prestongates.com
E-mail: philg@prestongates.com
E-mail: RichardK@prestongates.com

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 6
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1
2

Attorneys for Defendants Keith Grinstein, Karl
Guelich, Alan Higginson, A. Gary Ames, and Rich
Malone

3   DATED:  September 29, 2006

WILLIAMS KASTNER & GIBBS PLLC

4

s/ John Knox

5

RANDY ALIMENT, WSBA NO. 11440
JOHN KNOX, WSBA NO. 12707

6

Two Union Square

7

601 Union Street, Suite 4100
Seattle, WA  98101-2380

8

Telephone:    (206) 628-6600
Facsimile:     (206) 628-6611

9

E-mail: raliment@wkg.com
E-mail: jnox@wkg.com

10

Attorneys for Defendants Brett Helsel

11

12                                    *        *        *

13                              **O R D E R**

14          **PURSUANT TO STIPULATION, IT IS SO ORDERED**

15   DATED:  _October 2, 2006_        _MOS Lasnik_

16                                    THE HONORABLE ROBERT S. LASNIK
                                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 7
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper us llp
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ▪ Tel: 206-839-4800

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on September 29, 2006, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF System which will send notification of such filing to the

4

following:

5

6    John G. Emerson
     EMERSON POYNTER
     The Museum Center
7    500 President Clinton Avenue, Suite 305
     Little Rock, Arkansas 72201
8    E-mail: john@emersonpoynter.com

9    Stuart W. Emmon
     William B. Federman
10   FEDERMAN & SHERWOOD
     10205 North Pennsylvania Avenue
11   Oklahoma City, Oklahoma 73120
     E-Mail: wfederman@aol.com

12
          *Attorneys for Plaintiff Glenn Hutton*

13

14   Kirk Robert Mulfinger
     MULFINGER LAW GROUP
15   13555 Bel Red Road, Suite 111 A
     Bellevue, Washington 98005
16   E-Mail: kirk@purchaselaw.com

17   Kip B. Shuman
     Jeffrey B. Berens
18   DYER & SHUMAN, LLP
     801 East 17th Avenue
19   Denver, CO 80219
     E-Mail: kshuman@dyershuman.com

20
          *Attorneys for Plaintiff Allen Easton*

21

22   Robert M. Sulkin
     Gregory J. Hollon
     MCNAUL, EBEL, NAWROT, HELGREN & VANCE
23   600 University Street, Suite 2700
     Seattle, Washington 98101-3143
24   E-mail: rsulkin@mcnaul.com
     E-mail: ghollon@mcnaul.com

25
          *Attorneys for Defendants Jeff Pancottine,*
26             *Steven Coburn and Steven Goldman*

CERTIFICATE OF SERVICE -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1  George E. Greer
Lori Lynn Phillips
2  Kelly B. Fennerty
HELLER EHRMAN LLP
3  701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
4  E-Mail: george.greer@hellerehrman.com
E-Mail: lori.phillips@hellerehrman.com
5  E-Mail: Kelly.fennerty@hellerehrman.com
6
*Attorneys for Defendants*
7  *Joann Reiter, Edward Eames, Jeffrey S. Hussey, John McAdam,*
*Tom Hull, John Rodriguez, Andy Reinland and Kenny Frerichs*
8
Benny C. Goodman III
9  Travis E. Downs III
Thomas G. Wilhelm
10  LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
11  655 West Broadway, Suite 1900
San Diego, CA 92101-3301
12  Email: travisd@lerachlaw.com
Email: bennyg@lerachlaw.com
13
Tamara J. Driscoll
14  LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
15  1700 Seventh Avenue, Suite 2260
Seattle, Washington 98101
16  E-Mail: tdriscoll@lerachlaw.com
17
*Attorneys for Plaintiffs Locals 302 and 612 of the*
18  *International Union of Operating Engineers-Employers*
*Construction Industry Retirement Trust*
19
Hugh Bangasser
20  Philip Guess
Richard A. Kirby
21  PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
22  Seattle, WA 98104-1158
E-mail: hughb@prestongates.com
23  E-mail: kentc@prestongates.com
24  *Attorneys for Defendants Keith Grinstein, Karl Guelich,*
*Alan Higginson, A. Gary Ames, and Rich Malone*
25
26

CERTIFICATE OF SERVICE -- 2
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper us llp
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1   Randy Aliment
    John A. Knox
2   WILLIAMS KASTNER & GIBBS PLLC
    Two Union Square
3   601 Union Street, Suite 4100
    Seattle, WA 98101-2380
4   E-mail: raliment@wkg.com
    E-mail: jnox@wkg.com
5
            *Attorneys for Defendant Brett Helsel*
6
7   Dated at Seattle, Washington, this 29th day of September, 2006.
8
                        DLA PIPER US LLP
9
10                      s/ Christopher M. Huck
                        Stellman Keehnel, WSBA No. 9309
11                      Brian D. Buckley, WSBA No. 26423
                        Jeffrey B. Coopersmith, WSBA No. 30954
12                      Christopher M. Huck, WSBA No. 34104
13                      Attorneys for F5 Networks, Inc.
14                      DLA Piper Rudnick Gray Cary US LLP
                        701 Fifth Avenue, Suite 7000
15                      Seattle, WA 98104-7044
                        Telephone:     (206) 839-4800
16                      Facsimile:     (206) 839-4801
                        E-Mail: stellman.keehnel@dlapiper.com
17                      E-Mail: brian.buckley@dlapiper.com
                        E-Mail: jeff.coopersmith@dlapiper.com
18                      E-Mail: christopher.huck@dlapiper.com
19  SE\9086746.3
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800