1  SARA B. BRODY (No. 130222)
   CAROL LYNN THOMPSON (No. 148079)
2  MONICA PATEL (No. 220825)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com

8
   Attorneys for Defendant
9  SONIC SOLUTIONS

10
   [Additional counsel appear on signature page]
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | SAMMY K. DOOLITTLE, Derivatively on ) | No. C-07-03361-CW
   | Behalf of SONIC SOLUTIONS,          ) |
15 |                                     ) | STIPULATION AND [PROPOSED]
   |                        Plaintiff,   ) | ORDER SETTING SCHEDULE
16 |                                     ) |
   |     vs.                             ) |
17 |                                     ) |
   | ROBERT J. DORIS, et al.,            ) |
18 |                                     ) |
   |                        Defendants,  ) |
19 |                                     ) |
   |     – and –                         ) |
20 |                                     ) |
   | SONIC SOLUTIONS, a California       ) |
21 | corporation,                        ) |
   |                                     ) |
22 |                 Nominal Defendant.  ) |
   |_____) |
23

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW

1      WHEREAS, the above-captioned action is a shareholder derivative action on
behalf of Sonic Solutions ("Sonic") against its entire Board of Directors and certain
officers;

        WHEREAS, on February 1, 2007, Sonic announced that it had commenced a
voluntary review of its historical and current stock option grant practices and related
accounting. Sonic has not yet completed its review and has not yet completed the work
necessary to file its restated financial statements and related periodic reports. Sonic
intends to file its restated financial results and related periodic reports as quickly as
possible.

        WHEREAS, plaintiff and defendants, after meeting and conferring, agree that
judicial economy will be served by the entry of a schedule for the filing of defendants'
answer or other response to the complaint.

        THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,
through their respective counsel of record, as follows:

        1.      Plaintiff shall file an Amended Complaint within 45 days after Sonic
reports the results of its review of its stock option grant practices and related accounting.
In the event that Sonic has not completed and reported the results of that review by
August 1, 2007, the parties will meet and confer regarding the schedule set forth herein.

        2.      Defendants shall file and serve answers or otherwise respond to the
Amended Complaint in the above-captioned action within 45 days after it is filed. In the
event that defendants file and serve any motion directed at the complaint, plaintiff shall
file and serve an opposition within 45 days after the service of defendants' motion. If
defendants file and serve a reply to plaintiff's opposition, they will do so within 21 days
after service of the opposition.

        3.      By executing this Stipulation, the parties have not waived and expressly
retain all claims, defenses and arguments whether procedural, substantive or otherwise,
and are without prejudice to any subsequent motion to stay this action, and this Order is

1  entered without prejudice to the rights of any party to apply for a modification of this
2  Order for good cause.
3
4        IT IS SO STIPULATED.
5
6  DATED: July 17, 2007                      HELLER EHRMAN LLP
7
8                                             /s/ Monica Patel
                                    SARA BRODY
9                                      CAROL LYNN THOMPSON
                                    MONICA PATEL
10
                                    Attorneys for Defendant
11                                     SONIC SOLUTIONS
12
     I, Monica Patel, am the ECF user whose ID and password are being used to file
13 this Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to
Complaint. In compliance with General Order 45, X.B., I hereby attest that John K.
14 Grant of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this
filing.
15
16
   DATED: July 17, 2007                      LERACH COUGHLIN STOIA GELLER
17                                        RUDMAN & ROBBINS LLP
                                    JOHN K. GRANT
18                                     SHAWN A. WILLIAMS
                                    MONIQUE C. WINKLER
19                                     AELISH M. BAIG
                                    100 Pine Street, Suite 2600
20                                     San Francisco, CA 94111
                                    Telephone: 415/288-4545
21                                     415/288-4534 (fax)
22
23                                         /s/ John K. Grant
                                            JOHN K. GRANT
24
25
26
27
28
                                                 2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW

```
                            LERACH COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                            TRAVIS E. DOWNS III
                            KATHLEEN A. HERKENHOFF
                            BENNY C. GOODMAN III
                            MARY LYNNE CALKINS
                            655 West Broadway, Suite 1900
                            San Diego, CA  92101
                            Telephone:  619/231-1058
                            619/231-7423 (fax)


                            LERACH COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                            THOMAS G. WILHELM
                            9601 Wilshire Blvd., Suite 510
                            Los Angeles, CA  90210
                            Telephone:  310/859-3100
                            310/278-2148 (fax)

                            THE WEISER LAW FIRM, P.C.
                            ROBERT B. WEISER
                            121 N. Wayne Avenue, Suite 100
                            Wayne, PA  19087
                            Telephone:  610/225-2677
                            610/225-2678 (fax)

                            Attorneys for Plaintiff
                            SAMMY K. DOOLITTLE
```

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.


DATED: _____        _____

                                 The Honorable Claudia Wilken
                                 United States District Judge

---

3

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW