1  SARA B. BRODY (No. 130222)
   CAROL LYNN THOMPSON (No. 148079)
2  MONICA PATEL (No. 220825)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA 94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com

8  Attorneys for Defendant
9  SONIC SOLUTIONS

10 [Additional counsel appear on signature page]

11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13

14 SAMMY K. DOOLITTLE, Derivatively on )   No. C-07-03361-CW
   Behalf of SONIC SOLUTIONS,          )
15                                     )   STIPULATION AND [PROPOSED]
                           Plaintiff,  )   ORDER SETTING SCHEDULE
16                                     )
       vs.                             )
17                                     )
   ROBERT J. DORIS, et al.,            )
18                                     )
                          Defendants,  )
19                                     )
       – and –                         )
20                                     )
   SONIC SOLUTIONS, a California       )
21 corporation,                        )
                                       )
22                 Nominal Defendant.  )
                                       )
23

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW

1  WHEREAS, the above-captioned action is a shareholder derivative action on behalf of Sonic Solutions ("Sonic") against its entire Board of Directors and certain officers;

2  WHEREAS, on February 1, 2007, Sonic announced that it had commenced a voluntary review of its historical and current stock option grant practices and related accounting. Sonic has not yet completed its review and has not yet completed the work necessary to file its restated financial statements and related periodic reports. Sonic intends to file its restated financial results and related periodic reports as quickly as possible.

3  WHEREAS, plaintiff and defendants, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of defendants' answer or other response to the complaint.

4  THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

1. Plaintiff shall file an Amended Complaint within 45 days after Sonic reports the results of its review of its stock option grant practices and related accounting. In the event that Sonic has not completed and reported the results of that review by August 1, 2007, the parties will meet and confer regarding the schedule set forth herein.

2. Defendants shall file and serve answers or otherwise respond to the Amended Complaint in the above-captioned action within 45 days after it is filed. In the event that defendants file and serve any motion directed at the complaint, plaintiff shall file and serve an opposition within 45 days after the service of defendants' motion. If defendants file and serve a reply to plaintiff's opposition, they will do so within 21 days after service of the opposition.

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is

1

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW

1  entered without prejudice to the rights of any party to apply for a modification of this
2  Order for good cause.
3
4          IT IS SO STIPULATED.
5
6  DATED: July 17, 2007                    HELLER EHRMAN LLP
7
8                                                    _____/s/ Monica Patel_____
                                          SARA BRODY
9                                         CAROL LYNN THOMPSON
                                          MONICA PATEL
10
                                          Attorneys for Defendant
11                                        SONIC SOLUTIONS
12
        I, Monica Patel, am the ECF user whose ID and password are being used to file
13 this Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to
   Complaint. In compliance with General Order 45, X.B., I hereby attest that John K.
14 Grant of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this
   filing.
15
16
   DATED: July 17, 2007                    LERACH COUGHLIN STOIA GELLER
17                                           RUDMAN & ROBBINS LLP
                                          JOHN K. GRANT
18                                        SHAWN A. WILLIAMS
                                          MONIQUE C. WINKLER
19                                        AELISH M. BAIG
                                          100 Pine Street, Suite 2600
20                                        San Francisco, CA 94111
                                          Telephone: 415/288-4545
21                                        415/288-4534 (fax)
22
23                                                   _____/s/ John K. Grant_____
                                                        JOHN K. GRANT
24
25
26
27
28
                                          2
   STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
   CASE NO. 07-cv-03361-CW

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| 2 | RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III |
| 4 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | LERACH COUGHLIN STOIA GELLER |
| 8 | RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM |
| 9 | 9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210 |
| 10 | Telephone:  310/859-3100<br>310/278-2148 (fax) |
| 11 | THE WEISER LAW FIRM, P.C. |
| 12 | ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100 |
| 13 | Wayne, PA  19087<br>Telephone:  610/225-2677 |
| 14 | 610/225-2678 (fax) |
| 15 | Attorneys for Plaintiff<br>SAMMY K. DOOLITTLE |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED. A CASE MANAGEMENT CONFERENCE WILL BE HELD ON 11/20/07 @ 2:00 P.M.

DATED: __7/26/07_____     _____

The Honorable Claudia Wilken
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-03361-CW