1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3 | MONIQUE C. WINKLER (213031)
    AELISH M. BAIG (201279)
4 | 100 Pine Street, Suite 2600
    San Francisco, CA 94111
5 | Telephone: 415/288-4545
    415/288-4534 (fax)
6 | johng@lerachlaw.com
    shawnw@lerachlaw.com
7 | mwinkler@lerachlaw.com
    abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS, | No. C-07-1500-CW |
| Plaintiff, | PLAINTIFFS RALPH D. WILDER AND SAMMY K. DOOLITTLE'S WITHDRAWAL OF MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND WITHDRAWAL OF OPPOSITION |
| vs. | |
| ROBERT J. DORIS, et al., | |
| Defendants, | DATE: August 2, 2007<br>TIME: 2:00 p.m.<br>COURTROOM: The Honorable Claudia Wilken |
| – and – | |
| SONIC SOLUTIONS, a California corporation, | |
| Nominal Defendant. | |

[Caption continued on following page.]

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, <br><br>    Plaintiff, <br><br> vs. <br><br>ROBERT J. DORIS, et al., <br><br>    Defendants, <br><br> – and – <br><br>SONIC SOLUTIONS, <br><br>    Nominal Defendant. | Case No. C-07-02344-CW |
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, <br><br>    Plaintiff, <br><br> vs. <br><br>ROBERT J. DORIS, et al., <br><br>    Defendants, <br><br> – and – <br><br>SONIC SOLUTIONS, <br><br>    Nominal Defendant. | Case No. C-07-03178-CW |
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, <br><br>    Plaintiff, <br><br> vs. <br><br>ROBERT J. DORIS, et al., <br><br>    Defendants, <br><br> – and – <br><br>SONIC SOLUTIONS, <br><br>    Nominal Defendant. | Case No. C-07-03361-CW |

Two motions for appointment of lead plaintiffs and lead counsel are noticed for hearing before this Court on August 2, 2007 at 2:00 p.m.

Plaintiffs Sammy K. Doolittle ("Doolittle") and Ralph D. Wilder ("Wilder") have filed a Motion to Appoint Sammy K. Doolittle and Ralph D. Wilder Lead Plaintiffs and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel, Docket No. 29 (the "Wilder Motion").

Plaintiffs Andrew Walter and James Forseth have filed an Amended Notice of Motion and Amended Motion to Consolidate Related Actions, Appoint Lead Plaintiffs and Lead Counsel, Docket No. 37 (the "Walter Motion").

Plaintiffs Wilder and Doolitte hereby advise the Court that they withdraw the Wilder Motion and also withdraw their opposition to the Walter Motion.

DATED: July 31, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

          /s/
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Sonic Solutions\MIS00044177.doc

PLAINTIFFS WILDER AND DOOLITTLE'S WITHDRAWAL OF MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND WITHDRAWAL OF OPPOSITION - C-07-1500-CW - 1 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of
3  the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on July 31, 2007.

9
10                                                                          /s/
                                                                   JOHN K. GRANT

11  LERACH COUGHLIN STOIA GELLER
12          RUDMAN & ROBBINS LLP
    100 Pine Street, 26th Floor
13  San Francisco, CA  94111
    Telephone:  415/288-4545
14  415/288-4534 (fax)

15  E-mail:johng@lerachlaw.com

16
17
18
19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 4:07-cv-03361-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **Monica Patel**
  monica.patel@hellerehrman.com,amy.barth@hellerehrman.com,elsa.pulido@hellere

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,tr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```