**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH WILDER, | No. C 07-01500 CW |
|        Plaintiff, | |
|   v. | |
| ROBERT J. DORIS, et al., | |
|        Defendants. | |
| _____ | |
| ANDREW WALTER, | No. C 07-02344 CW |
|        Plaintiff, | |
|   v. | |
| ROBERT J. DORIS, et al., | |
|        Defendants. | |
| _____ | |
| JAMES FORSETH, | No. C 07-03178 CW |
|        Plaintiff, | |
|   v. | |
| ROBERT J. DORIS, et al., | |
|        Defendants. | |
| _____ | |
| SAMMY K. DOOLITTLE, | No. C 07- 03361 CW |
|        Plaintiff, | |
|   v. | CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |
| ROBERT J. DORIS, et al., | |
|        Defendants. | |
| _____/ | |

United States District Court
For the Northern District of California

1       Notice is hereby given that the Court, on its own motion,

2  shall take Proposed Lead Plaintiffs Andrew Walter and James

3  Forseth's Motion to Consolidate Related Actions, Appoint Lead

4  Plaintiffs and Lead Counsel under submission on the papers.[1]  The

5  hearing previously scheduled for August 2, 2007, is vacated.

6

7

8  Dated: 7/31/07

*Sheilah Cahill*

SHEILAH CAHILL
9                                        Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[1]On July 31, 2007, Plaintiffs Ralph D. Wilder and Sammy K. Doolittle withdrew their motion to appoint lead plaintiff and lead counsel and withdrew their opposition to the Walter motion.