United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WALTER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendant.<br>_____ | No. 07-02344 CW |
| JAMES FORSETH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____ | No. 07-03178 CW |
| SAMMY K. DOOLITTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____/ | No. 07-3361 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASES |

    On August 2, 2007, the above-captioned cases were consolidated for all further proceedings with C-07-1500 CW, <u>Wilder v. Doris, et al</u>. Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain

these files as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further proceedings in these cases become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 8/7/07

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2