1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  johng@csgrr.com
   shawnw@csgrr.com
7  mwinkler@csgrr.com
   abaig@csgrr.com
8
   Counsel for Plaintiffs
9
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. DORIS, et al.,<br><br>Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>Nominal Defendant. | No. C-07-1500-CW<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFFS RALPH D. WILDER AND SAMMY K. DOOLITTLE AND COUNSEL |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, ) | No. C-07-03361-CW |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | vs. ) | |
| 4 | ) | |
| | ROBERT J. DORIS, et al., ) | |
| 5 | ) | |
| | Defendants, ) | |
| 6 | ) | |
| | – and – ) | |
| 7 | ) | |
| | SONIC SOLUTIONS, a California ) | |
| 8 | corporation, ) | |
| | ) | |
| 9 | Nominal Defendant. ) | |
| 10 | ) | |

1 TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2     PLEASE TAKE NOTICE that plaintiffs Ralph D. Wilder and Sammy K. Doolittle, represented by Darren Robbins, Shawn Williams, Travis Downs, John Grant, Aelish Baig, Monique Winkler and Tom Wilhelm of Coughlin Stoia Geller Rudman & Robbins LLP, formerly Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Bill Lerach hereby withdraw as plaintiffs and counsel for plaintiffs in this action. Please remove plaintiffs Ralph D. Wilder and Sammy K. Doolittle and Coughlin Stoia Geller Rudman & Robbins LLP, formerly Lerach Coughlin Stoia Geller Rudman & Robbins LLP from the docket as counsel of record, along with the above-named attorneys.

DATED: September 6, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Plaintiffs

T:\CasesSF\Sonic Solutions\NOT00045146.doc

NOTICE OF WITHDRAWAL OF PLAINTIFFS RALPH D. WILDER AND SAMMY
K. DOOLITTLE AND COUNSEL – C-07-1500-CW     - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

/s/
JOHN K. GRANT

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: johnkg@csgrr.com

# Mailing Information for a Case 4:07-cv-03361-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **Monica Patel**
  monica.patel@hellerehrman.com,amy.barth@hellerehrman.com,elsa.pulido@hellere

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,tr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```